

**ORDERED in the Southern District of Florida on March 5, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                    CASE NO.: 14-13869-LMI
ALEJANDRO HERNANDEZ AND                   CHAPTER: 13
LUISA M. HERNANDEZ

     DEBTORS
_____/

### AGREED ORDER GRANTING DEBTORS' AMENDED MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF JP MORGAN CHASE BANK, N.A. ON REAL PROPERTY

(*re* 4701 SW 132 Avenue Miami, FL 33175)

THIS CAUSE came before the Court without hearing upon the Debtor's *Amended Motion to Value and Determine Secured Status of Lien Of JP Morgan Chase Bank, N.A. on Real Property* (DE 92; the "Motion"). Based upon the debtor's assertions made in support of the Motion, noting agreement of parties, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at

4701 SW 132 Avenue Miami, FL 33175, and more particularly described as:

**LOT 1, BLOCK 18, IN ROYALE GREEN SECTION FOUR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 93, AT PAGE 63, OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.**

       is $216,880.00 at the time of the filing of this case.

B.    The total of all claims secured by liens on the Real Property senior to the lien of JPMorgan Chase Bank, NA (the "Lender") is $172,880.00.

C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $44,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.
2. Lender has an allowed secured claim in the amount of $44,000.00. This amount shall be paid at 0.00% interest, in equal installments of $468.09 per month for months thirteen (13) through thirty-six (36), $468.08 for months thirty-seven (37) through fifty-nine (59), and balloon payment of $22,000.00 in month 60. This total amount is subject to change if the number of months paid is less than 60 months.
3. Because Lender's secured interest in the Real Property is $44,000.00, Lender's mortgage recorded on January 19, 2007 at OR BOOK 25288 Page 4336-4342 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.]
4. (Select only one):

    __  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

     X   Lender filed a proof of claim in this case [Specifically Claim 1-1]. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $105,406.67,

          regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court, except when the Chapter 13 case is closed and the Debtor receives a discharge.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Jeffery S. Fraser, Esq.
**Albertelli Law**
Attorney for Secured Wells Fargo Bank, N.A.
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

*Attorney Jeffery S. Fraser is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*